AK Steel Corp., et al., plaintiffs *v.* United States, defendant, and Pohang Iron and Steel Co., Ltd., Pohang Coated Steel Co., Ltd., and Pohang Steel Industries Co., Ltd., defendant-intervenors, and Union Steel Manufacturing Co., Ltd., defendant-intervenor, and Dongbu Steel Co., Ltd., defendant-intervenor

Consolidated Court No. 97–05–00865

(Dated August 30, 2001)

## JUDGMENT

Restani, *Judge:* Having received no objections to the final remand results ordered in *AK Steel Corporation, et al. v. United States,* 226 F.3d 1361 (Fed. Cir. 2000) and *remand order,* Consol. Court No. 97–05–00865 (C.I.T. June 21, 2001), the court hereby sustains the final remand redetermination of the Department of Commerce herein.